```
                                    FILED
                            CLERK, U.S DISTRICT COURT

                                  JUL - 1 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL DEAN EDWARDS,          ) | Case No. CV 08-2871-DDP(RC) |
|                             ) | |
|         Petitioner,         ) | |
| vs.                         ) | |
|                             ) | JUDGMENT |
| B.O.P.,                     ) | |
|                             ) | |
|         Respondent.         ) | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED as moot.

DATE: 7-1-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-2871.mdo
5/29/08